UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32494 |
|---|---|
| DAHALIA A RICHARDS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105134**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 15 | FDS BANK MACYS<br>% TSYS DEBT MGMT INC<br>BOX 137<br>COLUMBUS, GA  31902 | 18.62 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/13/2011

Certificate of Service    07-32494

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAHALIA A RICHARDS
1130 BERYL TRAIL
DAYTON, OH  45459-3949

SCOTT A KRAMER
2275 MIAMISBURG-CENTERVILLE RD
SUITE 400
DAYTON, OH  45459

(1011.1n)
ASCENSION CAPITAL GROUP INC
BMW FINANCIAL SERVICES NA LLC
DEPARTMENT
BOX 201347
ARLINGTON, TX  76006

(27.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(15.1)
FDS BANK MACYS
% TSYS DEBT MGMT INC
BOX 137
COLUMBUS, GA  31902

(28.1n)
NATIONAL CITY MORTGAGE
C/O MCCALLA RAYMER LLC
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(1010.1n)
NATIONAL CITY MORTGAGE COMPANY
% MCCALLA RAYMER LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076

(1008.1n)
PHEAA
1200 N 7TH STREET
HARRISBURG, PA  17105

(29.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(22.1n)
ROBERT WHITEHOUSE II
4030 MT CARMEL TOBASCO
STE 113
CINCINNATI, OH  45255

(1009.1n)
SCOTT P CIUPAK
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv